**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JOSE OSCAR HUERTA RAMIREZ,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al,

Respondents.

Case No.: 26-cv-4295-BJC-SBC

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

On July 27, 2026, Petitioner Jose Oscar Huerta Ramirez filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. He asserts his continued detention without a bond hearing exceeds statutory authority and violates the due process clause of the United States Constitution. *Id.* Petitioner requests that this Court assume jurisdiction over the matter, grant the Petition and order his immediate releases or, in the alternative, direct Respondents to schedule a bond hearing before an immigration judge. *Id.*

On July 29, 2026, the Court set a briefing schedule. ECF No. 2. On August 5, 2026, Respondents filed a Return to the Petition in which they acknowledge that Petitioner is subject to detention under 8 U.S.C. § 1226(a) pursuant to the recent Ninth Circuit holding in *Rodriguez Vazquez v. Bostock*, No. 25-6842, --- F.4th ---, 2026 WL 2196424 (9th Cir.

July 30, 2026). ECF No. 4. Accordingly, they "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)" ECF No. 11 at 2.

Accordingly, the Court **GRANTS** the Petition for a Writ of Habeas Corpus. Respondents shall provide Petitioner with an individualized bond hearing **no later than September 1, 2026**.

**IT IS SO ORDERED**.

Dated: August 19, 2026

Honorable Benjamin J. Cheeks
United States District Judge